# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| Andrew Tab Kilpatrick, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 2:14-cv-00022-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Clay County Detention & Medical Staff, Danny Hollifield, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 29, 2014 Order.

August 29, 2014

Signed: August 29, 2014

Frank G. Johns, Clerk
United States District Court